DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGG B. SULKIN** and **PAULA SULKIN,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON,** As Successor Trustee Under
**NOVASTAR MORTGAGE FUNDING TRUST 2005-3,**
Appellee.

No. 4D15-264

[June 15, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald Hafele, Judge; L.T. Case No. 502008CA029710XXXXMB.

Adriana C. Clamens of Harrington Law Associates, PLLC, West Palm Beach, for appellants.

Kimberly S. Mello and Laura J. Bassini of Greenberg Traurig, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

CIKLIN, C.J., WARNER and TAYLOR, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***